# EXHIBIT 3

**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 005912

1. DECEDENT'S LEGAL NAME: Pamela Sanger Peitz
2. SEX: F
3. SOCIAL SECURITY NUMBER: 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
4a. AGE: 59
5. DATE OF BIRTH: July 6, 1958
6. BIRTHPLACE: Rogers City, Michigan
7a. RESIDENCE (STATE): West Virginia
7b. COUNTY: Berkeley
7c. CITY OR TOWN: Falling Waters
7d. STREET AND NUMBER: 196 Chesley Dr.
7f. ZIP CODE: 25419
7g. INSIDE CITY LIMITS: No

8. EVER IN US ARMED FORCES?: No
9. MARITAL STATUS AT TIME OF DEATH: Widowed

11. FATHER'S NAME: Robert Crowlan Sanger
12. MOTHER'S NAME: Mary Louise Loney
13a. INFORMANT'S NAME: Barrett Peitz
13b. RELATIONSHIP: Son
13c. MAILING ADDRESS: 350 Hastings St., Pittsburgh, PA 15206

14. PLACE OF DEATH: Decedent's home
15. FACILITY NAME: 196 Chesley Dr.
16. CITY OR TOWN, STATE, AND ZIP CODE: Falling Waters, W.V. 25419
17. COUNTY OF DEATH: Berkeley

18. METHOD OF DISPOSITION: Cremation, Removal from State
19. PLACE OF DISPOSITION: Atlantic Crematory
20. LOCATION: Glen Burnie, MD
21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: Potomac Valley Cremation Ct., 305 N. Potomac Street, Hagerstown, MD 21740
22. SIGNATURE OF FUNERAL SERVICE LICENSEE: Jerry B Barr
23. LICENSE NUMBER: 1540

24. DATE PRONOUNCED DEAD: March 9, 2018
25. TIME PRONOUNCED DEAD: 22:30 PM

28. ACTUAL OR PRESUMED DATE OF DEATH: March 9, 2018
29. ACTUAL OR PRESUMED TIME OF DEATH: 22:30 PM
30. WAS MEDICAL EXAMINER OR CORONER CONTACTED?: No

31. CAUSE OF DEATH:
   IMMEDIATE CAUSE: Metastatic Adenocarcinoma of lung — 11 months

32a. WAS AN AUTOPSY PERFORMED?: No
33. DID TOBACCO USE CONTRIBUTE TO DEATH?: No
34. IF FEMALE: Not pregnant within past year
35b. FINAL MANNER OF DEATH: Natural

37a. CERTIFIER: Certifying Physician or Qualified APRN
Signature of Certifier: [signature]
Date Certified: 04/02/18
37b. NAME, ADDRESS: Hind Hamdan, MD, 1130 Opal St.
37c. TITLE OF CERTIFIER: MD

39. DATE FILED: APR 0 6 2018

FORM VS-002 (Rev. 5/2017)

STATE-COUNTY ORIGINAL

# STATE OF WEST VIRGINIA

E0223235



This is to certify that this document is a true and accurate reproduction of an official record of the facts abstracted from an official record on file with

Vital Statistics
Bureau for Public Health
West Virginia Department of Health and Human Resources
Charleston, West Virginia



Gary L. Thompson
State Registrar

Date Certified: Apr 9, 2018

The certified copy or information appears on the reverse side on multicolor surface. Document contains heat-sensitive stamp and watermark.

Do not accept without verifying watermark and heat-sensitive stamp.

**WARNING!**
It is a crime punishable by fine and imprisonment to counterfeit or alter this certificate or to use the vital statistics record of another person for deceptive purposes.

WVDHHR-REVISED 1/2016